FILED
CLERK, U.S. DISTRICT COURT
9/2/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENJAMIN AZARIAH SOUTHWORTH,<br>Defendant. | CR 2:26-cr-00570-WLH<br><u>I N D I C T M E N T</u><br>[18 U.S.C. § 871: Threats Against the President; 18 U.S.C. § 2261A(2)(B): Cyberstalking; 47 U.S.C. § 223(a)(1): Harassing Telephone Calls in Interstate Communications] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this indictment:

A. <u>Certain Relevant Parties and Entities</u>

1. Defendant BENJAMIN AZARIAH SOUTHWORTH was a resident of Los Angeles, California, in Los Angeles County, within the Central District of California.

2. Donald J. Trump was President of the United States (“President Trump”).

3. Victim 1 was a resident of Brentwood, Tennessee, and was a personal lawyer for President Trump, as well as chief counsel for the American Center for Law and Justice (“ACLJ”).

4. Victim 2 was a resident of Brentwood, Tennessee, produced media for ACLJ, and was the son of Victim 1.

5. Victim 3 was a resident of Brentwood, Tennessee and was married to Victim 2.

6. ACLJ was a corporation formed in Tennessee, with an office located on Mallory Lane in Brentwood, Tennessee.

B. Certain Relevant Social Media Accounts

7. YouTube.com was a free-access social networking service that allowed users to establish accounts to share videos, host live productions and chats, share information with other YouTube.com users, and post commentary on other users' network accounts.

8. Defendant SOUTHWORTH authored and controlled two publicly available YouTube.com user accounts:

a. @theholymenace; and

b. @azariahspeaks6164.

9. Instagram was a free-access social networking service that allowed its users to establish accounts to share photographs, videos, and other information with other Instagram.com users, and post commentary on other users' network accounts.

10. Defendant SOUTHWORTH authored and controlled the publicly available Instagram user account @theholymenace.

11. Theholymenace.com was an internet website owned and operated by defendant SOUTHWORTH that sold clothing and memorabilia.

C. Defendant's History of Animosity Against the President

12. In or around January 2025, defendant SOUTHWORTH sent private text messages to a third party expressing that, "[i]f I encounter any Trump official in-person, I'm seriously afraid I will end up in Jail." In the same text message conversation, defendant

SOUTHWORTH texted, "But if I could Kill him, I wouldn't waste the opportunity." Defendant SOUTHWORTH also texted, "I want to funnel this rage into street art. That's my plan. But GOD I want that motherfucker and his minions dead."

13. From in or around January 2026, through in or around May 2026, defendant SOUTHWORTH used social media accounts on YouTube.com, Instagram.com and TikTok.com, as well as the website, theholymenace.com, to publicly express his hatred toward President Trump and his supporters, and to publicly engage in and/or encourage the abuse, harassment and intimidation of, and violence against, President Trump.

14. On or about March 31, 2026, on the @theholymenace Instagram account, defendant SOUTHWORTH posted a public video of himself speaking into the camera, stating, "Since the Supreme Court has ruled today that psychological, spiritual, emotional and physical torture known as gay conversion therapy is free speech, I want to practice my free speech as a survivor of conversion therapy for five years. **Kill Donald Trump. Kill that motherfucking pedophile in the White House. Kill that traitor of the United States Constitution.** That's all."

15. On or about April 8, 2026, on the @theholymenace Instagram account, defendant SOUTHWORTH posted a public video fictitiously depicting himself teleporting into the White House Oval Office, behind President Trump, and raising a knife up to President Trump's head as if he was about to stab him, before the screen goes dark, a woman's scream is heard, and a listing for defendant SOUTHWORTH's website appears advertising "Criminally Insane ANTIFA GEAR."

16. In and around April 2026, defendant SOUTHWORTH posted public videos on his YouTube.com and Instagram accounts depicting

fictitious portrayals of acts of violence against President Trump, as well as a statement that his earlier statement, “Kill Donald Trump,” was “just rhetoric.”

17. On or about April 27, 2026, Victim 2 hosted a YouTube.com livestream chat on ACLJ’s YouTube account channel -- two days after an armed gunman was arrested after allegedly storming the White House Correspondent’s Dinner (“WHCD”) in Washington, D.C. with President Trump in attendance. Using his @azariahspeaks Instagram account, defendant SOUTHWORTH made repeated statements in the comments of Victim 2’s livestream chat to the effect of, “IF AT FIRST YOU FAIL, TRY AGAIN!”

18. On or about April 27, 2026, after the WHCD incident, defendant SOUTHWORTH posted a public video on his @theholymenace YouTube account, captioned, “[The alleged shooter] is a Hero @TheView.” SOUTHWORTH stated in the video, in part, “I’m outraged that Donald Trump isn’t dead.”

19. These Introductory Allegations are incorporated by reference into each count of this Indictment as if fully stated therein.

//

//

//

COUNT ONE

[18 U.S.C. § 871]

On or about April 7, 2026, in Los Angeles County, within the Central District of California, defendant BENJAMIN AZARIAH SOUTHWORTH, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly and willfully threatened to kill and inflict bodily harm on Donald J. Trump, the President of the United States, by making the following statements, among others, in a publicly available video posted on his public Instagram account, @theholymenace:

1) "It has been a long-held belief that calling for the execution of the president of the United States will get you put on a list or arrested. I have friends who are concerned this will happen to me as I have been vocal in calling for the execution of Donald Trump."

2) "My point in calling for Donald Trump to be killed is to draw attention to the fact that he is not above the law."

3) "It's up to us citizens to show the world Donald Trump is not who we are as a society, it's time for us to fight for what we believe in, before there is nothing left. This government is illegitimate and out of control. It's time for course correction. **Kill Donald Trump**."

COUNT TWO

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

Beginning on or about January 8, 2026, and continuing to on or about May 12, 2026, in Los Angeles County, within the Central District of California, and elsewhere, defendant BENJAMIN AZARIAH SOUTHWORTH, with the intent to injure, harass, and intimidate Victim 2, used facilities of interstate commerce, namely, cellular telephone networks, interstate wires, and the Internet, among others, to engage in a course of conduct, described in paragraphs 1 to 11 below, that caused, attempted to cause, and would have been reasonably expected to cause substantial emotional distress to Victim 2 and his immediate family members, including Victim 2's father.

Defendant SOUTHWORTH's course of conduct included, among other things, the following:

1. From in or around January 2026, through in or around May 2026, defendant SOUTHWORTH used his social media accounts on the Internet and cellular telephone networks to abuse, harass and intimidate Victim 2 and his immediate family members.

2. On or about January 8, 2026, defendant SOUTHWORTH publicly posted on his TikTok account, @theholymenace, "Visit Trump's personal lawyer, [Victim 1]," and listed Victim 1's home address in Brentwood, Tennessee, along with a photograph of Victim 1's residence and of Victim 1. In the same post, defendant SOUTHWORTH stated, "No peace for traitors."

3. On or about January 23, 2026, defendant SOUTHWORTH, through his @theholymenace Instagram account, sent a private direct text message to Victim 2 accusing him of defending pedophiles by being a "PDF defender."

4. On or about February 13, 2026, defendant SOUTHWORTH sent private text messages to Victim 2 accusing him of defending child traffickers.

5. On or about February 13, 2026, defendant SOUTHWORTH publicly posted on his @theholymenace Instagram account the personal telephone numbers of Victim 2 and his immediate family members, including the wife of Victim 1 and the mother of Victim 2, and other family members, along with the caption "IG removed this post. So here it is again." Defendant SOUTHWORTH superimposed the telephone numbers onto a video in which defendant SOUTHWORTH spoke directly to the camera, stating, "Do you want to spice up your love life this Valentine's Day? Then call one of these numbers and let these people know they are pieces of shit. Because they are directly involved with defending the Trump Epstein files."

6. On or about February 13, 14, and 15, 2026, defendant SOUTHWORTH telephonically called Victim 2 and Victim 2's family members no fewer than 13 times and left anonymous voicemails accusing Victim 2 and Victim 2's family members of, among others things, being "pedophile defenders," "scum of the earth," a "fat pig who defends pedophiles," and that "[t]he people will not forget. And there's going to come a day when justice comes to your door."

7. On or about February 13, 2026, defendant SOUTHWORTH telephonically called Victim 2 and left a voicemail stating "Hey you fat pedophile fucking lover, how's your day going? Hope you're having the day that you deserve. And just know that the day is coming when you will have nothing left," and accusing Victim 2 of working with pedophiles.

8. On or about February 13, 2026, defendant SOUTHWORTH telephonically called Victim 1 and left a voicemail stating that Victim 1 was a monster, and inquired if Victim 1 would defend the "pedophile in the White House who is guilty of raping and murdering children and all of his co-conspirators."

9. On April 12, 2026, defendant SOUTHWORTH, using the @holymenace Instagram account, left a public comment on an Instagram post by Victim 2 telling him to "Burn in hell, PDF lover. You're a fool who professes Jesus with your mouth but you deny him in your heart. No PDF lover, or genocide enabling Zionist like you will enter the kingdom of heaven."

10. On or about May 12, 2026, defendant SOUTHWORTH telephonically called the ACLJ radio program line and inquired why he was not allowed on the show and accused Victim 1 and Victim 2's family of representing pedophiles. Defendant SOUTHWORTH then called back using a disguised number and told an ACLJ employee, "You better hide motherfucker, I'm on Mallory Lane," which was the same street where ACLJ was located.

COUNT THREE

[47 U.S.C. § 223(a)(1)(C)]

On or about February 13 and 14, 2026, in Los Angeles County within the Central District of California, defendant BENJAMIN AZARIAH SOUTHWORTH, in interstate and foreign communications, knowingly utilized a telecommunications device and made telephone calls to Victim 3, without disclosing his identity and with intent to annoy, abuse, threaten, and harass Victim 3, who received the communications, by leaving messages that, among other things, described Victim 3 as "pig-faced," a "pedophile defender," and a "fat pig," and said, "I know where you are and who you are and what you've

//

//

done[,]" and "[w]e, the people will not forget and there's gonna come a day when justice comes to your door."

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

WILLIAM KANELLIS
Assistant United States Attorney
Domestic Security & Immigration Crimes Section