Name & Address:

Taylor Gee (Bar No. 358203)
Office of The Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Benjamin Azariah Southworth DEFENDANT. | CASE NUMBER<br>2:26-cr-00570-WLH<br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge Wesley L. Hsu

☐ Magistrate Judge ______

on September 16, 2026 at 3:00 ☐ a.m. ☑ p.m.

in courtroom 9B.

☐ is not approved.

☐ Other: ______

An interpreter is ☐ required ☑ is not required. Language ______
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| 9/09/2026 | Claudia Garcia-Marquez | 213-894-5234 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☑ PSA.