UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:26-cr-00570-WLH Date: 9/3/2026

Present: The Honorable: Diana M. Kwok, United States Magistrate Judge

Interpreter N/A Language N/A

| Karl Lozada | C/S 09/03/2026 | William Kanellis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present In Custody

Benjamin Azariah Southworth

Attorneys for Defendants: ✔ Present DFPD

Taylor Gee

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Wesley L. Hsu.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/26/2026 9:00 AM;
Pre-Trial Conference: 10/16/2026 10:30 AM
* Government counsel provides trial estimate of 3 days.
* Judge Hsu is located in 9B, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:

| | | |
|---|---|---|
| PSALA | PSAED | PSASA |
| ✔ USMLA | USMED | USMSA |
| Statistics Clerk | | Interpreter |
| CJA Supervising Attorney | | Fiscal |

**Initial Appearance/Appointment of Counsel:** 00 : 00

**Arraignment:** 00 : 02

**Initials of Deputy Clerk:** KL by TRB