UNITED STATES v. BENJAMIN AZARIAH SOUTHWORTH

# EXHIBIT 1




# "Kill Trump" sticker sheet

**$5.00**

— 1 +  Add To Cart

It's not a threat. It's a promise to dismantle and hold every one of Trump's evil deeds accountable. 6-count "Kill Trump" sticker sheet. Individual sticker width: 1.84in, height: 1.97in.

holymenace.com