UNITED STATES v. BENJAMIN AZARIAH SOUTHWORTH

# EXHIBIT 2

1:34

**ccmmag**

**Today**

**jazzisdead11** commented: @mark_graalman the Sekulow family is helping cover up the Epstein files. Are you sure you want... more 28s

Reply

**jazzisdead11** commented: @eloza777 the Sekulow family is helping cover up the Epstein files. Are you sure you want... more 33s

Reply

**grguerra1**, **optimusvader** and 402 others liked your photo. 38s

**jazzisdead11** commented: @gablepriceandfriends the Sekulow family is helping cover up the Epstein files... more 53s

Reply

**jazzisdead11** commented: @kelseycookeofficial the Sekulow family is helping cover up the Epstein files... more 1m

Reply

**jazzisdead11** commented: @jackvalefilms the Sekulow family is helping cover up the Epstein files. Are you sure you want... more 1m

Reply

**jazzisdead11** commented: @brandonheath the Sekulow family is helping cover up the Epstein files. Are you sure you want... more 2m

Reply

**jazzisdead11** commented: CCM magazine is led by the Sekulow family who is leading the charge to cover up the largest PDF... more 3m

jazzisdead11 2m

You and your family are helping to cover up the largest PDF ring in history. You deserve to rot in h3ll.

Reply Hide

jazzisdead11 2m

Hey @sandipattyp do you always hang out with PDF defenders? You already have history with Michael Tait. Is this the company you keep?

Reply