UNITED STATES v. BENJAMIN AZARIAH SOUTHWORTH

# EXHIBIT 3


KILL TRUMP