Taylor Gee (Bar No. 358203)
(Email: Taylor_Gee@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Benjamin Azariah Southworth, DEFENDANT. | CASE NUMBER<br>2:26-cr-00570-WLH |
| | **NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge ______

☒ Magistrate Judge Diana Kwok

on Friday September 18, 2026 at 2:30 ☐ a.m. ☒ p.m.

in courtroom 880.

☐ is not approved.

☐ Other: ______

An interpreter is ☒ required ☐ is not required. Language Spanish
Defendant is ☒ in custody ☐ not in custody.

Clerk, U. S. District Court

| Date | Deputy Clerk | Contact Phone Number |
|---|---|---|
| 9/15/2026 | D. Vasquez | 213-894-5600 |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☒ Probation ☒ Interpreter's Office ☒ PSA.