UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cr-00570-WLH-1 | Date: | September 15, 2026 |
| Present: The Honorable | **WESLEY L. HSU, United States District Judge** | | |
| Interpreter: | N/A | | |

| Claudia Garcia-Marquez | CourtSmart | William Kanellis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Benjamin Azariah Southworth | X | X | | Taylor Gee, DFPD | X | X | |

**Proceedings:** DEFENDANT'S APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION [8]
(Held and Completed)

The case is called and counsel state their appearances. Fernando Basulto appears on behalf of Pretrial Services. The matter is before the Court following the Defendant's Application for Review/Reconsideration of Order Setting Conditions of Release/Detention (Dkt. [8]). This is a de novo review of the request for pre-trial release, which was denied by Magistrate Judge Diana M. Kwok on September 3, 2026.

The Court orders that the name of an alleged victim referenced during the hearing be redacted from the transcript pending further order of the Court.

The Court has reviewed and considered the report submitted by Pretrial Services and the papers submitted by the parties. The Court hears oral argument from counsel. The Court agrees with the Magistrate Judge's findings and finds that the Government has met its burden of establishing by clear and convincing evidence that Defendant poses a danger to the community.

The Court declines to set a specific bond amount based on the bond package currently presented. The Court expresses no opinion regarding any future application supported by a different or additional surety package. Defense counsel may present a revised bond package to Magistrate Judge Kwok for further consideration.

The Government is directed to promptly produce the previously referenced Secret Service interview to defense counsel if the Government intends to rely upon that information in future proceedings. Defendant remains in custody pending further order of the Court.

IT IS SO ORDERED.

-- : 36

Initials of Deputy Clerk cgm