AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
TAYLOR GEE (Bar No. 358203)
(E-Mail: Taylor_Gee@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-8895
Facsimile: (213) 894-0081

Attorneys for Defendant
BENJAMIN AZARIAH SOUTHWORTH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN AZARIAH SOUTHWORTH

Defendant.

Case No. 2:26-CR-00570-WLH

**LETTERS IN SUPPORT OF DEFENDANT'S APPPLICATION FOR BAIL RECONSIDERATION**

Defendant, Bejamin Azariah Southworth, by and through his counsel of record, Deputy Federal Public Defender Taylor Gee, hereby submits letters in support of Mr. Southworth for the court's reconsideration of his application for bail.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: September 18, 2026

By *Taylor Gee*

TAYLOR GEE
Deputy Federal Public Defender
Attorney for BENJAMIN AZARIAH SOUTHWORTH

Leran Schwartz and Sean Gustafson
[redacted]

September 13, 2026

**Character Reference for Benjamin Azariah Southworth**

Your Honor,

We are writing to offer a character reference for Azariah Southworth, whom we have known for five years in a personal capacity. We understand the seriousness of the matter before the Court and appreciate the opportunity to provide insight into the character of a friend and neighbor we know well.

Throughout the years we have known Azariah, he has consistently demonstrated responsibility toward his loved ones, respect for people with differing viewpoints, and genuine care for those in our neighborhood. We have seen him show patience in challenging situations, kindness toward individuals who needed support, and a willingness to take accountability when mistakes occur. Because we spend time with him each week, we have observed these qualities repeatedly, and they reflect a consistent pattern of kindness, maturity, and accountability.

Azariah has been a positive presence in our community. Whether helping neighbors, supporting friends during difficult moments, or volunteering with local organizations, he is someone who values doing what is right. In recent months, we have also seen him put meaningful effort into personal growth, thoughtful decision-making, and maintaining stability in his daily life.

We know the Court must weigh all facts carefully, and we do not intend to minimize the seriousness of the situation. Our purpose is simply to share our honest experience of Azariah as someone who possesses the capacity for responsibility, reflection, and positive contribution to the community while awaiting trial. We believe he will follow the Court's orders and continue to conduct himself in a constructive and lawful manner.

Thank you for taking the time to consider our perspective as close friends and neighbors of Azariah.

Respectfully,
Leran Schwartz and Sean Gustafson

Timothy D. Smith
[redacted]

September 17, 2026 [redacted]

TO WHOM IT MAY CONCERN:

RE: BENJAMIN AZARIAH SOUTHWORTH

I know Azariah. Azariah Southworth is one of the most caring, compassionate, reasonable, rational, altruistic and brave humans I have ever met. I was one of ten people who attended an appeal in federal court on Tuesday, September 15, 2026, all gathered there in support of Azariah Southworth.

I first met Azariah, five years ago in the Fall of 2021, through the late Rev. Dr. Steve Pieters. I was a friend of Rev. Pieters for more than twenty-seven years. And, for nearly a dozen years I was Rev. Pieters primary caretaker, his medical POA and the executor of his estate. Steve, Azariah and I were all attending the LA cast & crew screening of "The Eyes of Tammy Faye" (in which actor, Randy Havens portrays Steve Pieters in a 4-minute, pivotal and penultimate moment involving Jerry Falwell). I captured an image of Azariah and Steve meeting, in-person for the first time at that screening.

Both gentlemen had separate, somewhat remote and generations apart, histories with famous televangelists and Christian satellite TV networks. As I recall, Azariah had worked at Trinity Broadcasting Network, which was founded by Jim Bakker. Decades earlier, on Nov. 1, 1985, Tammy Faye Bakker had famously interviewed - via closed circuit TV* - the openly gay "person with AIDS", Rev. Steve Pieters. Many years later, Azariah saw that interview. Eventually, the two became aware of each other as out, proud, openly gay, CHRISTIAN, LGBTQia Advocates and Activists. Pieters, a gay icon and Azariah shared much.

Within the following year, Steve would be months into radiation and chemo treatments for stage IV stomach and esophageal cancer. Without hesitation, Azariah volunteered to join the village of twenty or so steadfast and devoted caregivers for Steve during the final year of his life. It was Azariah who quietly fed Steve's cat while Steve spent long hours at City of Hope. Without being asked, Azariah jumped in, changing and replenishing the cat litter and cleaning up Teddy's upchucks and accidents. Like the other, younger caregivers, who were working, Azariah spent his day off, to tag-team with the others in shuttling Steve to and from all-day medical appointments and through his 54-hour chemo infusions. And it was Azariah who was with Steve the morning Steve collapsed, calling paramedics and getting Steve emergency services. Weeks later, on Steve's last day of life, Azariah was with Steve at the hospital, and he stayed with Steve via technology, joining a virtual halo of others during the final hours of Steve's life.

Though he was in good company, Azariah's caregiving personified his HUMBLE, light-hearted, selfless, intelligent, compassionate and spiritually generous heart. Azariah's caregiving exemplified a very quiet expression of the deep and abiding faith that he shared with Steve. To my eyes, Azariah endeavored to offer Steve Comfort Beyond All Understanding. I sincerely hope the court will grant Azariah bond.
I truly believe and trust that Azariah will follow any orders of the court.

Respectfully,

[signature]

September 16, 2026

To whom it may concern,

My name is Elias Mazariego Ayala. I am Azariah's partner of five years. I met Azariah back in 2020. We started as friends and it was on September 6, 2021 that we decided to officially become partners. We spent our five year anniversary separated by this terrible event.

Azariah has many positive qualities. He is kind, helpful, caring and nonviolent. He has been proactive in helping different communities before I met him - this is his calling. He was in the "Equality Drive", he was part of the Black Lives Matter protest and the ICE Out protest. During the ICE raids, Azariah created a ministry at our church called " Angel's Ministry". He was the person in charge to run errands for whoever felt unsafe to be out in public during those times. Azariah was also a caretaker for Reverend Steve Pieters during his last months of battling cancer. It was Azariah who went to his rescue at his home and called the paramedics to transport Reverend Pieters to the hospital. Azariah's nature is to be caring and protective of his community.

We spend our evenings during the week walking around the block catching up with work drama. Sometimes I am the only person Azariah interacts with throughout the week. During the weekends we go to flea markets to find new things to add to our apartment. Azariah is more of a "homebody", he would much rather stay home to bake, get better at sewing or clean our apartment since we have four cats - Jinx, Cali, Luna and Shadow. (Azariah has another sewing class starting in late October at a community college. He's taking this class with another friend of ours. He is taking this class to simply refine his sewing skills). Two of these cats were stray cats but he took them in on a random day since he works from home. I often come home and find all the cats with him in bed. He has an undeniable positive energy that even the animals feel. This is who Azariah is. He is a safe space for anyone.

Through these five years together, we have created many memories with family and friends. A lot of these memories involve my three nieces and nephew who live only a block away from us. Anyone who knows me knows how much I love and care for them. Azariah has taken part in creating many memories with them. We have created two annual traditions for my nieces and nephew. For Halloween, we choose a scary movie to watch, we play board games and they sleepover. For Christmas, they come to join Azariah and I to set up the Christmas tree. It usually ends with Azariah, my nieces and nephew baking cookies to have with hot chocolate. We've had many sleep overs, movie nights, and game nights. The night before the FBI raided our apartment on May 20, we had an UNO game night with them. Throughout the years, Azariah and I have attended my nephew's fifth grade culmination, my niece's fifth grade culmination and my other niece's sixth grade graduation. They personally asked him if he could request the day off to be part of their celebrations.

September 16, 2026

In the five years that we have been together, I have never felt unsafe. Please, give him another chance. He deserves it - there is no record, ever, of him being violent. I would not be with Azariah if I felt like he was a threat to me or anyone. I keep bringing my nieces and nephew over because they feel safe around him. I want him back, my nieces, nephew, family and friends want him back to continue making more memories together. Thank you for taking the time reading this letter.

Respectfully submitted,

Elias Ayala

Teacher

Dr. Brandon C. White
[redacted]

September 14, 2026

**Re: United States v. Benjamin Azariah Southworth**
**Character Letter in Support of Pretrial Release**

Dear Judge:

I am writing in support of my longtime friend, Benjamin Azariah Southworth, whom I have known for more than 20 years. I respectfully submit this letter for the Court's consideration as it determines whether Azariah should be released pending trial.

Over the course of our friendship, I have come to know Azariah as someone with a strong passion, commitment, and dedication to the common good and the well being of others. He cares deeply about fairness and believes strongly that all people should be treated with dignity and respect and have access to the same opportunities.

Azariah is passionate in his beliefs and convictions, particularly when it comes to issues affecting others. However, in all of my years of knowing him, I can say with confidence that I have never known Azariah to be someone who would intentionally cause physical injury, or worse, to another person. That would be inconsistent with the person I have known for more than two decades.

I recognize the seriousness of the legal process and understand that the allegations before the Court must be addressed through that process. I do not seek to minimize those allegations or offer an opinion on matters that are properly for the Court to determine. My purpose is simply to provide the Court with my personal knowledge of Azariah's character based upon our longstanding friendship.

With that in mind, I respectfully ask the Court to consider allowing Azariah to be released pending trial under whatever conditions the Court determines appropriate. Based upon the person I have known for more than 20 years, I believe he will respect the authority of the Court, comply with the conditions of his release, appear as required, and abide by all laws and regulations while this matter proceeds.

I do not make this request lightly. My confidence comes from more than two decades of knowing Azariah personally. I respectfully ask the Court to consider that history and my confidence in his willingness to comply fully with the legal process when making its determination regarding his release.

Thank you for your time and consideration.

Respectfully submitted,

Dr. Brandon C. White

Educator

WPCCU

WATER AND POWER COMMUNITY CREDIT UNION

**Employment Verification Memorandum**

Date: September 3, 2026

To Whom It May Concern:

This letter serves as verification of employment for **Mr. Azariah Southworth**.

Mr. Southworth is currently an active employee of Water and Power Community Credit Union and holds the position of Contact Center Member Services Representative II. He has been continuously employed with the Credit Union since February 12, 2019, and has completed 7 years and 6 months of service with the organization.

Mr. Southworth remains in good standing as an employee and is an integral member of our Contact Center team.

Should you have any questions or require additional information regarding this employment verification, please feel free to contact me directly at (213) 580-1701.

Respectfully,

Branden L. Nelson, MBA
Vice President, People Operations
Water and Power Community Credit Union
[redacted]

Dear Honorable Judge,

My name is Charles Pablico-Fernandez and I am writing to you in regard to my friend, Benjamin Azariah Southworth. I have known Benjamin, who goes by Azariah, for over five years. He is the life partner of my husband's best friend.

I am not a particularly social person, and I am very careful with the people I allow to get close to me. The first time I met Azariah, I instantly felt comfortable enough to share more than superficial things about myself. My initial judgement was correct—over the years, Azariah has become a dear friend who is supportive, trustworthy, and always able to bring a smile to my face.

Azariah's kind heart became even more apparent when he met my family. He has had many conversations with my mom where it felt like they had been decades-friends. And he has always been kind to my dad, who has been going through some health problems the past few years. To me, being kind to someone's parent is a sign of a genuinely kind-hearted person.

One of the things I admire most about Azariah is his eagerness to learn new things. He is one of the most informed people I know, whether it be about social issues effecting our community or random music history trivia. He inspires me to stay informed about anything I am interested in or care about.

In closing, I want to reiterate that I am proud to call Azariah a close friend. He is a good person with a good heart.

Sincerely,

Charles Pablico-Fernandez

To whoever this may concern, my name is Nicole. I am fourteen years old, I am Azariah Southworth's partner's niece. Azariah is a person I could trust with anything. He has been in our lives for about five years and throughout these years we've had many great memories. One of many is when we went to Arizona three months ago. That was a very fun and new experience for my siblings and I. My parents trusted them to take us on this three day trip. We went to the Grand Canyon, watched stars and did so many other things like visiting an animal farm. I am grateful to have him in our lives. He is a genuine, considerate, and thoughtful person who wouldn't purposely harm anyone. We've had many sleepovers and hangouts where we get to help him bake or decorate cookies. He is someone who encourages us to do our best in and out of school even if it's difficult. He celebrates Christmas with our family, everyone loves his pecan pie. He has never tried to harm us or put bad thoughts in our minds. So what I’m trying to say is I think he should be let go because he isn’t a threat to anyone.

Dear Judge Kwok,

My name is Amanda Giles. I am a geriatric Care Manager and Azariah Southworth's best friend since I was five years old. I grew up half in his house, half in my own. I saw him on good days and bad days. In these 32 years of friendship I can honestly say that I have known him to be an empathetic, kind, and giving person. He's the kind of person that will go out of their way to help a stranger. I have known him to be an emotionally steady person. He is not someone who has resorted to violence in his life.

I appreciate you taking your time to read my letter.

Best,
Amanda Giles

September 16, 2026

Dear judge,

My name is Jonathan A, and I am 13 years old.

I have known Azariah because he is my uncle's partner and we have known each other for 5 years. Azariah is a very kind, caring, and helpful person. He has always been someone who wants to help others and be there for the people he cares about.

One special memory I have had with Azariah. Recently, my uncle, Azariah, my three sisters, and I went to the Grand Canyon with permission from my mom and dad. Spending that time together reminded me of how much Azariah means to me and my family.

I personally believe that Azariah did not mean the things he said and that he is a good person who cares deeply about his family. My siblings, uncle, and the rest of our family all love and care about him very much. We want him to come home so that we can continue having the close bond and relationship we had with him before he went away.

Azariah means a lot to all of us, and we miss having him as part of our family.

Jada. A
9/16/2026

Hello my name is Jada. A. I am Ten years old. And I am Azariah's partner's neice. I have Known him for five years. I have MANY memories with him and my tio spending time together. One of my favorite memories are when we went all together to the Grand Canyon and he planned a lot of activities for us so we wouldnt get bored. Second memorie is when we use to go for walks around the block together. Last memorie is when ever we go over to their hose he would have some thing planned like on movie nights, sleepovers, and I we were just there he would cook for us, clean after us, and make us feel welcome and at home. He is really nice to my tio and cares very much and loves him a lot. He always makes my tio very happy. Just because he doesnt show the love my tio will always know he does.

September 16 2026

Dear judge,
Hello, my name is Kailany A, and I am eleven years old.I know Azariah through my uncle. I've known Azariah for five years. We have had many memories together. My favorite memory was when me,my siblings,Azariah and my uncle went to Arizona. My favorite memory in Arizona was when we went to the Grand Canyon and when we went to go watch the stars. From every sleepover to every holiday we spent together. I'm very grateful for someone as kind,caring and loving as Azariah. I want to thank him for always inviting us over and for making us feel at home. Thank you for reading this, have a great day.