FILED

2026 SEP -3 AM 10:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY BSA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>Benjamin Southworth<br>USMS# 90303-572 DEFENDANT | CASE NUMBER: 2:26-cr-00570-WLH<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9/3/2026 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☐ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   18 USC 871: Threats Against the President, 18 USC 2261A(2)(B): Cyberstalking; 47 USC 223(a)(1) Harassing Telephone Calls in Interstate Communication;
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 1986
8. Defendant has retained counsel: ☐ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: NONE
10. Remarks (if any): NONE
11. Name: Nicholas Mandarakas (please print)
12. Office Phone Number: 771-231-3644
13. Agency: FBI
14. Signature: [signature]
15. Date: 9/3/2026