# EXHIBIT A

## DECLARATION OF MICHAEL DICKEY

I, MICHAEL DICKEY, declare as follows:

1. I am a Special Agent ("SA") with the United States Secret Service. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I am currently assigned to the Los Angeles Field Office, where I am responsible for investigating protective intelligence matters, including threats to the President, Vice President, former Presidents, any other USSS-designated protectees, and their families. My training as a USSS Special Agent included the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia, as well as training at the James J. Rowley Training Center in Beltsville, Maryland. My training included, but was not limited to, the investigation of threats made by individuals toward USSS protectees, financial crimes, and conducting physical protection of USSS protectees.

3. On September 15, 2026, agents with the Federal Bureau of Investigation notified me that an inmate housed at the Metropolitan Detention Center Los Angeles reported that SOUTHWORTH made additional threats while in custody.

4. On September 16, 2026, SA Downing, FBI Task Force Officer Mumme, and I responded to the Metropolitan Detention Center Los Angeles, located at 535 N. Alameda Street, Los Angeles, California, to interview the reporting inmate and attempt to confirm the information. The interview began at approximately 12:43 p.m. PDT. The reporting inmate was advised of his/her Miranda rights, stated s/he understood those rights, and agreed to speak with agents.

5. The reporting inmate stated SOUTHWORTH described himself as a "political prisoner" and said he wanted to "burn them down."

6. The reporting inmate stated SOUTHWORTH discussed wanting to put fear into J.S., identified by the reporting inmate as President Trump's former attorney. According to the reporting inmate, SOUTHWORTH stated, "His ties to Trump makes him unworthy of living on Earth," and "I want to burn their system down."

7. The reporting inmate further stated SOUTHWORTH discussed inciting others on social media to use Molotov cocktails to attack President Trump's motorcade and also discussed burning down Jay Sekulow's residence. The reporting inmate stated SOUTHWORTH believed President Trump would be difficult to access due to security, but believed J.S. would be easier to target because SOUTHWORTH allegedly had a prior relationship with J.S.'s family and knew where their properties were located.

8. The reporting inmate stated SOUTHWORTH believed that a successful attack on J.S. would inspire others to attack President Trump. SOUTHWORTH also stated that Molotov cocktails are "easy to come by." SOUTHWORTH also told the reporting inmate that he had read The Anarchist Cookbook and would carry out the attacks himself if he were not in custody.

9. SOUTHWORTH relayed to the reporting inmate that his attorney told him someone was "ratting" on him. The reporting inmate stated SOUTHWORTH became very upset after that meeting with his attorney.

10. The reporting inmate stated SOUTHWORTH discussed leaving the country after release from custody.

11. Based on the information provided, I believe SOUTHWORTH may pose a danger to others and may present a risk if released on bond.

12. This affidavit does not set forth all information obtained during the interview or otherwise known to me through this investigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 17, 2026.

MICHAEL DICKEY