# EXHIBIT B

**Service** Instagram

**Internal Ticket Number** 24947098

**Target** 69625848390

**Account Identifier** jazzisdead11

**Account Type** InstagramUser

**Generated** 2026-09-18 15:08:38 UTC

**Date Range** 2026-05-01 00:00:00 UTC to 2026-09-01 23:59:59 UTC

**Ncmec Reports Definition**

NCMEC Cybertips: NCMEC cybertip reports associated with the account holder.

CyberTip ID: Unique system-generated identifier associated with the cybertip.

Time: Date and timestamp the NCMEC cybertip was sent.

Responsible Id: Identification number of the sender's Instagram account associated with the NCMEC cybertip report.

**NCMEC CyberTips** No responsive records

**Name Definition** Name: Provided by the account holder.

First: First name provided by the account holder.

**Name** **First**

**Emails Definition** Registered Email Addresses: Displays a list of email addresses registered by the account holder.



Verified: An email address which has been added to an account and the date and timestamp the account was verified by the account holder .

Unverified: An email address which has been added to an account but has not been verified by the account holder.

Primary: An email address which:

- is the account holder's original primary email they signed up to Instagram with or

- is the account holders email if they changed their primary email through their notifications settings or

- is changed to primary email address by Meta, independent of the user, because the user removes the current primary email address without designating a replacement, or

- is used for various business logic decisions e.g. which email address Meta should send notification emails to.

**Registered Email Addresses** tkb4k4mdwb@privaterelay.appleid.com (Verified on 2026-08-27 17:10:00)



**Vanity Definition** Vanity: Username associated with the account at the time the records were generated. The vanity may not match the account identifier originally submitted given an account holder has the ability to change their vanity.

**Vanity Name** jazzisdead11

**Registration Date Definition** Registration Date: Date and timestamp of account creation.

**Registration Date** 2024-09-17 23:42:10 UTC

**Registration Ip Definition** Registration IP: IP address associated with account creation.

**Registration Ip** 169.150.203.200

**Account End Date Definition** Account End Date: Displays the status of the account at the time the records were generated.

Time: Date and timestamp the account was closed.

**Account Closure Date** **Account Still Active** false

**Time** 2026-09-01 01:51:37 UTC

**Phone Numbers Definition** Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

Unverified: Unverified phone number associated to the account.

**Phone Numbers** [redacted] Unverified

**Logins Definition** Logins: Logins information collected at the time the account was logged into.

IP Address: IP address and source port/port number associated with the login. Source port/ port numbers are provided when available. If available, it is located at the end of the IP address, after the colon.

Time: Date and timestamp of the login.

Shared Access: The authorized account holder associated with the login.

**Logins** **Time** 2026-08-22 21:13:52 UTC

**Ip** [2603:8000:be46:2d8e:5dd:585a:f819:3daf]:48184

**Profile Uri Definition** Profile URI



**Profile Uri** https://www.instagram.com/uid/69625848390

**Threads Registration Date Definition** Threads Registration Date: The date and timestamp when the account holder registered an account on the Threads App.

**Threads Registration Date** No responsive records