# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| **Case Number** | 2:26-cr-00570-WLH | **Title** | USA v. Benjamin Azariah Southworth |
| **Judge** | Diana M. Kwok | | |
| **Dates of Trial or Hearing** | 1 | | |
| **Court Reporters or Tape No.** | CS 09/03/2026 | | |
| **Deputy Clerks** | K. Lozada | | |

FILED
CLERK, U.S. DISTRICT COURT
09/03/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| William Kanellis, AUSA | Taylor Gee, PD |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 1 | X | | | | | Exhibit 1 | Plaintiff |
| 2 | X | | | | | Exhibit 2 | Plaintiff |
| 3 | X | | | | | Exhibit 3 | Plaintiff |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

UNITED STATES v. BENJAMIN AZARIAH SOUTHWORTH

# EXHIBIT 1




# "Kill Trump" sticker sheet

**$5.00**

− 1 + Add To Cart

It's not a threat. It's a promise to dismantle and hold every one of Trump's evil deeds accountable. 6-count "Kill Trump" sticker sheet. Individual sticker width: 1.84in, height: 1.97in.

holymenace.com

UNITED STATES v. BENJAMIN AZARIAH SOUTHWORTH

# EXHIBIT 2

1:34

ccmmag

Today

jazzisdead11 commented: @mark_graalman the Sekulow family is helping cover up the Epstein files. Are you sure you want... more 28s

Reply

jazzisdead11 commented: @eloza777 the Sekulow family is helping cover up the Epstein files. Are you sure you want... more 33s

Reply

grguerra1, optimusvader and 402 others liked your photo. 38s

jazzisdead11 commented: @gablepriceandfriends the Sekulow family is helping cover up the Epstein files... more 53s

Reply

jazzisdead11 commented: @kelseycookeofficial the Sekulow family is helping cover up the Epstein files... more 1m

Reply

jazzisdead11 commented: @jackvalefilms the Sekulow family is helping cover up the Epstein files. Are you sure you want... more 1m

Reply

jazzisdead11 commented: @brandonheath the Sekulow family is helping cover up the Epstein files. Are you sure you want... more 2m

Reply

jazzisdead11 commented: CCM magazine is led by the Sekulow family who is leading the charge to cover up the largest PDF... more 3m

jazzisdead11 2m

You and your family are helping to cover up the largest PDF ring in history. You deserve to rot in h3ll.

Reply Hide

jazzisdead11 2m

Hey @sandipattyp do you always hang out with PDF defenders? You already have history with Michael Tait. Is this the company you keep?

Reply

UNITED STATES v. BENJAMIN AZARIAH SOUTHWORTH

# EXHIBIT 3


KILL TRUMP