AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
TAYLOR GEE (Bar No. 358203)
(E-Mail: taylor_gee@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
BENJAMIN AZARIAH SOUTHWORTH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN AZARIAH SOUTHWORTH,

Defendant.

Case No. 2:26-cr-00570-WLH

**EX PARTE APPLICATION TO RELIEVE THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINT NEW COUNSEL**

Benjamin Azariah Southworth, through his counsel, files this ex parte application seeking appointment of new counsel based on a conflict of interest. This application is based on the attached declaration of counsel, all files and records in this case, and such further information as may be provided to the Court.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: September 18, 2026

By */s/ Taylor Gee*

Taylor Gee
Deputy Federal Public Defender

**DECLARATION OF TAYLOR GEE**

I, Taylor Gee, declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent defendant Benjamin Azariah Southworth in this case.

2. Mr. Southworth is charged by indictment with 18 U.S.C 871: Threats Against the President; 18 U.S.C. 2261A(2)(B): Cyberstalking; 47 U.S.C. 223(a)(1): Harassing Telephone Calls in Interstate Communications.

3. On September 18, 2026, Lisa LaBarre, the supervisor of the Federal Public Defender's trial unit, determined that our office cannot represent Mr. Southworth due to a conflict of interest, based on an internal review. Ms. LaBarre instructed me to apprise the Court that there is a conflict of interest, to apply for relief from representation, and seek appointment of conflict-free counsel for Mr. Southworth.

4. Based on the foregoing, I respectfully request that the Court relieve the Office of the Federal Public Defender from representation of Mr. Southworth and appoint him counsel from the Criminal Justice Act Panel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 18, 2026, Los Angeles, California.

By */s/ Taylor Gee*
Taylor Gee
Deputy Federal Public Defender